UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEAN CLAUDE KAGABO, | CASE NO. C26-0058JLR |
| Plaintiff, | ORDER |
| v. | |
| IQ DATA INTERNATIONAL INC., et al., | |
| Defendants. | |

Before the court is Defendant IQ Data International Inc.'s ("IQ Data") motion to vacate the court's March 17, 2026 order remanding this case to Snohomish County Superior Court.  (Mot. (Dkt. # 16); *see* 3/17/26 Order (Dkt. # 15).)  IQ Data did not respond to Plaintiff Jean Claude Kagabo's motion to remand.  (*See* Mot. to Remand (Dkt. # 9); *see generally* Dkt.)  IQ Data now asks the court to vacate its remand order and retain jurisdiction over this matter while the parties finalize settlement.  (*See* Mot. at 1-2.) It cites no authority to support its request and does not explain why it believes that

ORDER - 1

"keeping the matter with this [c]ourt would simplify the settlement and dismissal process."  (Mot. at 2; *see generally* Mot.)

As the court explained in its March 17, 2026 order, the court lacks federal question subject matter jurisdiction over this action because Mr. Kagabo amended his complaint to dismiss his sole federal claim, and it lacks diversity subject matter jurisdiction because all of the parties are citizens of Washington.  (3/17/26 Order at 2-3; *see* Am. Compl. (Dkt. # 9-1) (including no federal claims); Not. of Removal (Dkt. # 1) at 1 (stating that Defendants are Washington entities); Compl. (Dkt. # 6-1) (stating that Plaintiff is a resident of Washington)); *see also* 28 U.S.C. §§ 1331, 1332 (governing the jurisdiction of district courts).  As a result, this court has no jurisdiction to retain.  *See Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 25-26 (2025) ("When an amendment excises the federal-law claims that enabled removal, the federal court loses its supplemental jurisdiction over the related state-law claims.  The case must therefore return to state court.").  Therefore, the court DENIES IQ Data's motion to vacate its order remanding this action to Snohomish County Superior Court.

Dated this 1st day of April, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2